# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JESSICA ACOSTA,<br><br>                Defendant. | Case No. 20-CR-1349 JLS<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Janis L. Sammartino |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 19, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge